# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| GEORGE R. BOUSAMRA, M.D. | : | No. 318 WAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| EXCELA HEALTH, A CORPORATION; | : | |
| WESTMORELAND REGIONAL | : | |
| HOSPITAL, DOING BUSINESS AS | : | |
| EXCELA WESTMORELAND HOSPITAL, | : | |
| A CORPORATION; ROBERT ROGALSKI; | : | |
| JEROME E. GRANATO, M.D., LATROBE | : | |
| CARDIOLOGY ASSOCIATES, INC., A | : | |
| CORPORATION; ROBERT N. STAFFEN, | : | |
| M.D.; MERCER HEALTH & BENEFITS, | : | |
| LLC; AND AMERICAN MEDICAL | : | |
| FOUNDATION FOR PEER REVIEW AND | : | |
| EDUCATION, INC., A CORPORATION. | : | |
| | : | |
| | : | |
| PETITION OF: EXCELA HEALTH, | : | |
| WESTMORELAND REGIONAL | : | |
| HOSPITAL, ROBERT ROGALSKI, | : | |
| JEROME E. GRANATO, M.D., AND | : | |
| LATROBE CARDIOLOGY ASSOCIATES, | : | |
| INC. | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of January, 2018, the Application to File Ex Parte and Under Seal Volume II of the Reproduced Record and the Petition for Allowance of Appeal are **GRANTED**. The issues, as stated by Petitioners, are:

(1)     Did the Superior Court commit an error of law when holding that a client waives the work-product protection of its counsel's pre-litigation e-mail by forwarding the e-mail to its public relations consultant?

(2)     Did the Superior Court commit an error of law when holding that, to qualify as a privileged person within the attorney-client privilege, a third party must provide legal advice and have the lawyer or client control its work?